UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:14-cv-80135-SCOLA/VALLE

GERALDINE HORNE-WIGGLES,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., AND MIDLAND CREDIT MANAGEMENT, INC.,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby:

**STIPULATED AND AGREED** by and between the respective parties hereto that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above cause of action between Plaintiff, Geraldine Horne-Wiggles, and Defendants, Experian Information Solutions, Inc. and Midland Credit Management, Inc., be dismissed with prejudice, and each party is to bear their own costs and attorneys fees.

DATED this 2nd day of July, 2014.

[signatures on following page]

| | |
|---|---|
| */s/ Matthew Militzok* | */s/ Maria H. Ruiz* |
| Matthew J. Militzok | Maria H. Ruiz |
| Florida Bar No. 153842 | Florida Bar No.: 182923 |
| Militzok & Levy, P.A. | Kasowitz, Benson, Torres & Friedman LLP |
| The Yankee Clipper Law Center | 1441 Brickell Avenue, Suite 1420 |
| 3230 Stirling Road, Suite 1 | Miami, Florida 33131 |
| Hollywood, Florida 33021 | Tel. (786) 587-1044 |
| Tel. (954) 727-8570 | Fax (305) 675-2601 |
| Fax (954) 241-6857 | MRuiz@kasowitz.com |
| mjm@mllawfl.com | |
| *Attorney for Plaintiff* | *Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* |

/s/ *Benjamin M. Katz*
R. Frank Springfield
Florida Bar No. 10871
Benjamin M. Katz
Florida Bar No. 100930
BURR & FORMAN LLP
450 East Las Olas Boulevard, Suite 700
Ft. Lauderdale, FL 33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201
fspringf@burr.com
bkatz@burr.com

*Attorneys for Defendant*
*Midland Credit Management, Inc.*

## CERTIFICATE OF SERVICE

**I hereby certify** that on July 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

s/*Maria H. Ruiz*
Maria H. Ruiz